# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____ DIVISION

## CIVIL COMPLAINT

Manrice Robinson And Deceased )
wife Babbie Robinson )
_____ )
Enter above the full name of Plaintiff or Plaintiffs in this action )
)
vs. ) CASE NO. 15-395
)
Regional Medical Center At Memphis )
University of Tenn owner of U.T Bowld Hospital )
Dr. Chan Suddin, Dr. Abbas Chamsuddin )
Dr. Keith Merrill of UT Medical Group, INC )
UT Medical Group )
Enter above the full name of Defendant or Defendants in this action )

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  Manrice Robinson And Deceased wife Babbie Robinson

   Address  9315 Fairwood Dr.
   Kansas City Mo 64138

B. Name of Defendant(s) Regional Medical Center, University of Tenn owner of U.T Bowld Hospital
Dr. Chan Suddin, Dr. Abbas Chamsuddin, Dr. Keith Merrill of UT
Medical Group INC

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

Service was Readton At Regional Medical Center, Service was done at University of Tenn owner of U.T. Bowld Hospital, And Surgery was done by Dr. Chan Suddin And Dr. Abbas Chamsuddin And Dr. Keith Merrill Refered Both Doctors to Mrs Robinson And Medical Medical Record Will Show Connection to this Case

Case 4:15-cv-00395-DGK  Document 8  Filed 06/09/15  Page 1 of 4

III. **Relief**

State briefly exactly what you want the Court to do for you.

Mr. Robinson would like for the Court to make this wrong that Happen to My wife of twenty five years Right And Award Mr Robinson And My Disabled Daughter Four Million Dollar For Negligent And BAD Decision When Doctors Did Surgery on my wife

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☒  No ☐  With the Family

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☒  No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

Mr. Robinson would Repectfully like the Court to Award Four Million Dollar to Me And My Daughter Because the Damage Started with this Surgery And Bad Decision Pursuant to TCA 20-5-107 For Injuries And Merits of the Case

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐  No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☒  No ☐

B. If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

Rice & Associates, Brian, Meyers, Brad/Bradshaw, Humphrey Barrington, McClain, Barnett Law Firm, Joel Law Firm, Brown & Crowden, Brian Baltzell, Michael Wallace Do not take cases like This

C. If you answered no, state your reasons why no such efforts have been made.

Some Medical Records And Exhibits With This Civil Complaint to the Court

**VII. Administrative Procedures**

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

        Yes ☐      No ☒

    B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

On April 17, 2014 FDA Issued A Statement about Uterine Fibroids And the Risk Of Surgery Procedure is not Reliable And Can Spread Cancerous tissue within the Abdomen And Pelvis, Medical Record will show that Mrs Robinson Had to Get A Second Doctor to Repair Damage to Abdomen And Pelvis Before her Death. And Mrs Robinson Had no History of Cancer Before Surgery From Dr. Chan Suddin And Abbas Cham Suddin

**VIII. Jury Demand**

Do you request a jury trial?    Yes _____    No ☒

Signed this __4__ day of __MAY__, 20__15__

_____
Signature of Plaintiff or Plaintiffs

# VERIFICATION

State of __MISSOURI__ )
)
County of __Jackson__ )

__Roxanna Cortez-Zelaya__, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __4th__ day of __May__, 20__15__

_____
Notary Public

ROXANNA CORTEZ-ZELAYA
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: Sept. 10, 2018
Commission # 14630080

__Sept. 10, 2018__
My Commission Expires