# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

MAURICE ROBINSON and DECEASED
WIFE BOBBIE ROBINSON,

    Plaintiffs,

vs.

Case No. 15-00395-CV-WDGK

REGIONAL MEDICAL CENTER AT
MEMPHIS, UNIVERSITY OF TN/OWNER
OF U.T. BOLD HOSPITAL, DR. CHAN
SUDDIN, DR. ABBAS CHAMSUDDIN,
DR. KEITH MERRILL OF UT MEDICAL
GROUP, INC. AND UT MEDICAL
GROUP,

    Defendants.

## DEFENDANT UT MEDICAL GROUP, INC.'S MOTION TO DISMISS

Defendant UT Medical Group, Inc., ("Defendant" or "UTMG"), by and through counsel, requests an Order from this Court dismissing Plaintiffs' cause of action with prejudice pursuant to Rules 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure.

In support of its Motion, UTMG relies on its contemporaneously filed Memorandum in Support of its Motion to dismiss and the entire record in this case.

WHEREFORE, Defendant UT Medical Group, Inc., incorrectly named as UT Medical Group, Inc. and UT Medical Group, respectfully requests that this Court dismiss Plaintiffs' Complaint with prejudice as to this Defendant.

Respectfully submitted,

/s/ Ormonde B. DeAllaume

Buckner Wellford (Tenn. #9687, admitted pro hac vice)
Ormonde B. DeAllaume (Tenn. #26266, admitted pro hac vice)
bwellford@bakerdonelson.com
odeallaume@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Direct Dial: 901.577.2152
Facsimile: 901.577.0786

Harry W. W. Wellford, Jr. (#32305)
hwellford@littler.com
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 N. Broadway, Suite 1500
St. Louis, Missouri 63102
Telephone: 314.659.2000
Facsimile: 314.659.2099

*Attorneys for UT Medical Group, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the following individuals via the Court's Electronic Case Filing System:

| Maurice Robinson | Travis L. Salmon |
|---|---|
| 9315 Fainwood Dr. | M. Tony Patton |
| Kansas City, MO 64138 | 900 W. 48th Place, Suite 900 |
| | Kansas City, MO 64112 |

      This the 12th day of August, 2015.

                                                          /s/Ormonde B. DeAllaume