# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MAURICE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 15-0395-CV-W-DGK |
| | ) |
| REGIONAL MEDICAL CENTER AT | ) |
| MEMPHIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

It appears Plaintiff in the above-captioned case has not complied with all of the requirements of Federal Rule of Civil Procedure 4(e), which governs service of process for an individual within a judicial district of the United States. Under this Rule, an individual may be served by:

> (1) following state law for serving summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made, or;
> (2) doing any of the following:
> > (A) delivering a copy of the summons and of the complaint to the individual personally;
> > (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
> > (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e).

The record does not demonstrate that Plaintiff has complied with this rule. For instance, he has not apparently complied with the law of the state where the Court sits – here, Missouri. *See, e.g.,* Mo. Sup. Ct. R. 54.16. Nor has he demonstrated that he has complied with the law of the states where service may have been made – for example, Minnesota or South Carolina, where some defendants have addresses. *See, e.g.,* Minn. R. Civ. P. 4.05; S.C. R. Civ. P. 4(d)(8).

Accordingly, it is hereby

ORDERED that Plaintiff shall show cause on or before October 29, 2015, as to why this case should not be dismissed as to Defendants Keith Merrill, Chan Suddin, and Abbas Chamsuddin due to insufficient service of process. Failure to show cause on or before October 29, 2015 may result in this case being dismissed for failure to prosecute without further notice to Plaintiff. It is further

ORDERED that the Clerk of Court shall send Plaintiff a copy of this Order and a copy of Federal Rule of Civil Procedure 4(e) via regular and certified United States mail to the following address: Maurice Robinson

9315 Fairwood Dr.

Kansas City, MO 64138

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: October 9, 2015