IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MAURICE ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-0395-CV-W-DGK |
| | ) | |
| REGIONAL MEDICAL CENTER AT MEMPHIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DR. KEITH MERRILL

Having considered Plaintiff's Motion to Dismiss Defendant Dr. Keith Merrill (Doc. 49), it is hereby

GRANTED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: December 7, 2015