IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAURICE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 15-00395-CV-W-DGK |
| ) | |
| REGIONAL MEDICAL CENTER AT MEMPHIS, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that: Defendant Shelby County Healthcare Corporation's Motion to Dismiss is granted (Doc. 39); Defendant UT Medical Group, Inc.'s Motion to Dismiss is granted (Doc. 40); Plaintiff's motions for reconsideration are denied (Doc. 70); and, Plaintiff's remaining motions are denied and the action is dismissed as to all remaining defendants (Doc. 71).


 March 23, 2016                           Paige Wymore-Wynn
Dated                                     Acting Clerk of Court


 March 23, 2016                           /s/ Alex Francis
Entered                                   (by) Deputy Clerk