Maurice Robinson

Plaintiff - Appellant

v.

Regional Medical Center at Memphis; University of Tennessee, Owner of UT Bowld Hospital; Dr. Chan Suddin; Dr. Abbas Chamsuddin; Dr. Keith Merrill, of UT Medical Group, Inc.; UT Medical Group, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:15-cv-00395-DGK)
_____

**JUDGMENT**

Before SMITH, BENTON and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

November 15, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans