# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1782

Maurice Robinson

Appellant

v.

Regional Medical Center at Memphis, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:15-cv-00395-DGK)
_____

**MANDATE**

In accordance with the opinion and judgment of 11/15/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 21, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit